AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

2711 Q Street S.E. Apt. 101
Washington, D.C.

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**


FILED
MAY 1 9 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 05 - 0299M - 01

(Further described below)

I ___Timothy J. Ervin___ being duly sworn depose and say:

I am a(n) ___Special Agent with the Federal Bureau of Investigation___ and have reason to believe
(Official Title)
that ☐ on the person of or ☒ on the property or premises known as (name, description and or location)
2711 Q Street S.E.; Washington, D.C.
A brown brick, 3 story apartment building. The numbers 2711 appear in black on the front of the building. The main entrance door is brown in color and apartment 101 is located on the first floor of the building.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)
All evidence as described in the attached affidavit.

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)

concerning a violation of Title _21_ United States Code, Section(s) _§841(a) and §846_. The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    ☒ YES  ☐ NO

William J. O'Malley, Jr.
Organized Crimes and Narcotics Trafficking
(202) 305-1749

Signature of Affiant    TIMOTHY ERVIN
~~Tucker Vanderbunt~~, Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence
MAY 1 9 2005
Date

**ALAN KAY
U.S. MAGISTRATE JUDGE**
Name and Title of Judicial Officer

at Washington, D.C.

Signature of Judicial Officer