AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

2711 Q Street S.E. Apt. 101
Washington, D.C.

**SEARCH WARRANT**

**FILED**
MAY 2 0 2005

CASE NUMBER: 05 - 0299M - 01

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO: _____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent Timothy J. Ervin_ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

2711 Q Street S.E.; Washington, D.C.
A brown brick, 3 story apartment building. The numbers 2711 appear in black on the front of the building. The main entrance door is brown in color and apartment 101 is located on the first floor of the building.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

All evidence as described in the attached affidavit.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _____ 2 6 MAY 2005
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

MAY 1 9 2005    5:05 pm          at Washington, D.C.

Date and Time Issued
ALAN KAY
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer          Signature of Judicial Officer

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>5/19/05 | DATE AND TIME WARRANT EXECUTED<br>5/19/05  6:28pm | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>NO ONE AT RESIDENCE |
| INVENTORY MADE IN THE PRESENCE OF   NO ONE AT RESIDENCE | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

- SEE ATTACHED -

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

FILED
MAY 2 0 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Subscribed, sworn to, and returned before me this date.

_____
U.S. Judge or U.S. Magistrate Judge

5-20-05
Date

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 245F-WF-230025

On (date) 5/19/05

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) _____

(Street Address) 2711 Q STREET, S.E.

(City) WASHINGTON, D.C.

Description of Item(s):
1. BAGS, SPOONS, QUININE - ROOM A
2. PLASTIC BAGS IN TRASH CAN - ROOM B
3. ZIPLOCK BAGS - TOP DRAWER - CORNER - ROOM E
4. ROLEX WATCH & OMEGA WATCH
5. BAGGIES - TOP DRESSER DRAWER - ROOM E
6. SUSPECTED NARCOTICS - MID RIGHT DRAWER - ROOM E
7. UNDEVELOPED ROLL OF FILM - ROOM G
8. BAG W/ RESIDUE - ROOM F
9. MANNITE IN BAG - ROOM E
10. BAG W/ SUSPECTED NARCOTICS - ROOM E
11. QUANTITY OF SUSPECTED COCAINE BASE - ROOM E
12. MANY BAGGIES - ROOM E
13. SUSPECTED MARIJUANA - ROOM E
14. SAUCER PAN & EGG BEATERS W/ RESIDUE - ROOM E
15. DEADBOLT - FRONT DOOR
16. SUSPECTED QUANTITY CRACK COCAINE (SUSPECTED) - ROOM E
17. SUSPECTED HEROIN - 2 BAGS - ROOM E
18. BAG WITH RESIDUE - ROOM E
19. EMPTY LACTOSE BOTTLE - ROOM E
20. SUSPECTED COCAINE HCL - ROOM E

Received By: _____ (Signature)

Received From: _____ (Signature)

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 245F-WF-230025

On (date) 5/19/05

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☑ Seized

(Name) _____
(Street Address) 2711 Q STREET, SE, #101
(City) WASHINGTON, DC

Description of Item(s):
21) SCALE - LINEN CLOSET OUTSIDE ROOM F
22) SUSPECTED NARCOTICS - ROOM E
23) SUSPECTED HEROIN "FINGERS" - ROOM E
24) SPOONS, BAGS & RUBBER BANDS - ROOM E
25) SUSPECTED COCAINE HCL - ROOM E
26) SUSPECTED NARCOTICS - ROOM E
27) DEADBOLT - DOOR TO ROOM E
28) NATIONS BANK CHECK - ROOM E
29) BAGS W/ RESIDUE - ROOM E
30) PARAPHERNALIA - ROOM E
31) NATIONS BANK CHECK - ROOM G
32) TAURUS 38 SPECIAL #NE16732 - ROOM G
33) MISC DOC - ROOM B
34) AMMUNITION - 5 ROUNDS .38 - ROOM G
35) SIFTER, SCALE - ROOM G
36) LARGE SCALE - ROOM E
37) SCALE & .38 AMMO - ROOM E

NOTHING ELSE

Received By: _____ (Signature)    Received From: _____ (Signature)